**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Document # __7__

---------------------------------------------

Ali

-v-

United States Institutions

---------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-3273__

JUDGE: __KMW__

DATE: __AUGUST 22, 2008__

# INDEX TO THE RECORD ON APPEAL

*U.S. DISTRICT COURT FILED AUG 22 2008 S.D. OF N.Y.*

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------

**DOCUMENT DESCRIPTION**                                                  **DOC. #**

__CLERK'S CERTIFICATE__                                                   _____

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__                               _____

_____              _____
_____              _____
_____              _____
_____              _____
_____              _____

( ✓ ) **Original Record**                                    (____) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 22ND Day of August, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Ali

-v-

United States Constitutions

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-3273

JUDGE: KMW

DATE: AUGUST 22, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through ____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 22ND Day of August In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-03273-KMW
Internal Use Only

Ali v. United States Institutions
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Fed. Question: Other

Date Filed: 04/01/2008
Date Terminated: 06/24/2008
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2008 | 1 | COMPLAINT against United States Institutions. Document filed by Taliv Ali.(laq) (Entered: 04/08/2008) |
| 04/01/2008 | | Magistrate Judge Henry B. Pitman is so designated. (laq) (Entered: 04/08/2008) |
| 04/01/2008 | 2 | 30 DAYS ORDER, I direct the Clerk of Court to assign a docket number to this complaint solely for the purpose of this order. I further direct plaintiff to submit a signed complaint, Request to Proceed In Forma Pauperis application, and a Prisoner Authorization form within 30 days of the instant order as set forth within. Should plaintiff decide to proceed with this action, hge must submit an IFP application with the PLRA form or pay the $350.00 requisite filing fee within 30 days of the date of this order. If plaintiff submits an IFP application and PLRA form, it must bear the same docket as this order. No summons shallissue at this time and all further proceedings shall be stayed for 30 days or until plaintiff has complied with this order. If plaintiff fails to comply with this order within the time allowed, the action will be dismissed. Once plaiintiff complies with this order, if proper, the case shall be reassigned to a district judge in accordance with the procedures of the Clerk's Office. The COurt certifies pursuant to 28 U.S.C.1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 4/1/08) (laq) (Entered: 04/08/2008) |
| 04/24/2008 | 3 | MOTION for Leave to Proceed in forma pauperis. Document filed by Taliv Ali.(djc) (Entered: 04/25/2008) |
| 06/24/2008 | 4 | JUDGMENT, Pursuant to the order issued June 24, 2008 by the Honorable Kimba M. Wood, Chief Judge, dismissing the complaint under 42 U.S.C. 1983, it is, ORDERED, ADJUDGED AND DECREED: That the complaint be and it is hereby dismissed. 28 U.S.C. 1915(e)(2)(B)(ii). I ceretify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/24/08) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 06/24/2008) |
| 06/24/2008 | | Mailed notice of Right to Appeal to Pro Se Litigant(s): Taliv Ali. (jab) (Entered: 06/25/2008) |
| 06/24/2008 | 5 | ORDER OF DISMISSAL; I grant plaintiff's requests to proceed in forma pauperis, but dismiss the complaint for the reasons that are set forth in this order. Accordingly, the complant, filed in forma pauperis under 28 U.S.C. section 1915(a)(1), is dismissed pursuant to 28 U.S.C. section 1915(e)(2)(B)(ii). I certify pursuant to 28 U.S.C. section 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/24/08) (pl) (Entered: 06/26/2008) |
| 08/06/2008 | 6 | NOTICE OF APPEAL from 4 Judgment, 5 Order of Dismissal. Document filed by Taliv Ali. Copies mailed to attorney(s) of record: A.U.S.A.(tp) (Entered: 08/22/2008) |
| 08/06/2008 | | Appeal Remark as to 6 Notice of Appeal filed by Taliv Ali. $455.00 APPEAL FEE DUE. IFP REVOKED 6/24/08.(tp) (Entered: 08/22/2008) |
| 08/22/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 6 Notice of Appeal. (tp) (Entered: 08/22/2008) |
| 08/22/2008 | | Transmission of Notice of Appeal to the District Judge re: 6 Notice of Appeal. (tp) (Entered: 08/22/2008) |